

# NUMBER 13-26-00305-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KRISTINA JENSTERLE
MONTOYA HAAS, INDIVIDUALLY
AND AS EXECUTRIX OF THE
ESTATE OF THOMAS R. MONTOYA,                                   Appellant,

v.

NEWREZ, LLC,                                                                          Appellee.

## ON APPEAL FROM THE 421ST DISTRICT COURT
## OF CALDWELL COUNTY, TEXAS

## MEMORANDUM OPINION

Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Chief Justice Tijerina

This matter is before the Court on appellant's failure to file a brief.[1] On March 31, 2026, the Clerk of the Court notified appellant that her brief was due on April 30, 2026. On May 13, 2026, after the case was transferred, the Clerk of the Court notified appellant that her brief was past due. Appellant was further notified that if she failed to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file the brief and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
2nd day of July, 2026.

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.